W. W. (Woody) HEIDELBERG et ux., Petitioners,

v.

Arthur Fred HARVEY et al., Respondents.

No. A–9566.

Supreme Court of Texas.

June 26, 1963.

948

Leonard Howell, Midland, for petitioners.

Deaderick & McMahon, Odessa, for respondents.

## PER CURIAM.

The Court of Civil Appeals opinion is reported in 366 S.W.2d 121. The order from which an appeal was attempted is not an appealable order. Accordingly, the judgment of the Court of Civil Appeals is reversed and the attempted appeal from the District Court is dismissed. Rule 483, Texas Rules of Civil Procedure, McCauley v. Consolidated Underwriters, 157 Tex. 475, 304 S.W.2d 265.